# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA

v.

**Cesar ESQUIVEL-Olguin**

**YOB: 1976**
**POB:   Mexico**

Name and Address of Defendant

## CRIMINAL COMPLAINT

Case Number: 7:18-po- 0525

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **August 1, 2017** in **Starr** County, in the **Southern** District of **Texas** defendant(s) did,

*(Track Statutory Language of Offense)*

being then and there an alien did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers:

in violation of Title **8** United States Code, Section(s) **1325 (a) (1)**

I further state that I am a(n) **Deportation Officer** and that this complaint is based on the following facts:

On April 20, 2018, Cesar ESQUIVEL-Olguin was encountered by Immigration Officers at the Hidalgo County Jail in Edinburg, Texas. An Immigration Detainer was placed upon the defendant and he was remanded to the custody of Immigration and Customs Enforcement on June 19, 2018. When questioned as to his citizenship, defendant stated that he is a citizen and national of Mexico who illegally entered the United States on or about August 1, 2017 by wading the Rio Grande River at or near Rio Grande City, Texas.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   [ ] Yes   [X] No

/s/   **Maurice Sanchez**

Printed Name of Complainant

Sworn to before me and subscribed in my presence,

**June 20, 2018**                                                     at   **McAllen, Texas**

Date                                                                                City and State

**J. Scott Hacker, U.S. Magistrate Judge**

Name and Title of Judicial Officer                                   Signature of Judicial Officer